No. 149. CROOKHAM v. NEW YORK CENTRAL RAILROAD Co. Supreme Court of Appeals of West Virginia. Certiorari denied. *J. G. F. Johnson* and *Ernest Franklin Pauley* for petitioner. *Robert H. C. Kay* for respondent.

No. 158. PALMER ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *John E. Marshall* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, I. Henry Kutz, Meyer Rothwacks* and *L. W. Post* for respondent.

No. 160. ARMOUR & Co. ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. *Clarence E. Dawson* and *Weston Vernon, Jr.* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General Heffron, Meyer Rothwacks* and *Marvin W. Weinstein* for the United States.

No. 174. APLINGTON, ADMINISTRATOR, v. UNITED STATES. Court of Claims. Certiorari denied. *J. Paul Aplington* and *Frederick W. Irion* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Heffron, Harry Baum* and *Helen A. Buckley* for the United States.

No. 180. DENTON v. UNITED STATES. Court of Claims. Certiorari denied. *Guy Emery* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.